IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**THOMAS BOCK,**

Plaintiff,

and

**BRETT RICE,**

Plaintiff,

v.

**SALT CREEK MIDSTREAM, LLC,**

Defendant,

and

**KESTREL FIELD SERVICES, INC.,**

Intervenor Defendant.

CIVIL ACTION NO. 2:19-CV-01163 WJ/GJF

## **FINAL JUDGMENT**

Before the Court is the *Joint Motion to Dismiss with Prejudice* of Plaintiffs Thomas Bock and Brett Rice ("Plaintiffs") and Defendant Salt Creek Midstream LLC and Intervenor-Defendant/Counter-Plaintiff Kestrel Field Services, Inc. (collectively, "Defendants").

Plaintiffs and Defendants have advised the Court that the parties have reached a confidential compromise and settlement, documented in a written compromise and settlement agreement and release, that includes settlement of all claims brought in this

matter, including those under the Fair Labor Standards Act ("FLSA") and New Mexico Minimum Wage Act ("NMMWA").

Plaintiffs and Defendants have agreed to the dismissal of the case under FED. R. CIV. P. 41(a)(ii), and seek entry of a final judgment dismissing this action with prejudice. Accordingly, the Court grants the Joint Motion to Dismiss with Prejudice and issues this FINAL JUDGMENT dismissing all claims and all parties this matter, in its entirety, **with prejudice**.

All other relief not expressly granted is hereby denied.

All parties shall bear their own costs.

**IT IS SO ORDERED.**

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE